**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 45 MM 2023

                  Respondent        :

                            :

                      v.           :

                            :

RICKY TEJADA,                 :

                  Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of August, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.